Form a0n5matx

# United States Bankruptcy Court
## Southern District of Ohio
## 170 North High Street
## Columbus, OH 43215−2414

In Re: Linda Sue Stricklin

Debtor(s)

SSN/TAX ID:
xxx−xx−5265

Case No.: 2:10−bk−57211

Chapter: 7

Judge: C. Kathryn Preston

## Notice of Deficient Filing,
## Order Setting 7 Day Deadline for Compliance
## or Presentation to Bankruptcy Judge

The above−captioned bankruptcy case was filed without certain documents required by 11 U.S.C. Sec. 521(1), Fed. R. Bankr. P. 1007 and/or Local Bankruptcy Rules 1007, 1015, and 5005−4. The missing documents are:

- ☐ Creditor's matrix or mailing list of creditors and other parties in interest

- ☑ Verification of creditor's matrix or mailing list

- ☑ Creditor matrix or mailing list uploaded in **.txt** file in the manner set forth in Tab 5, CM/ECF User's Reference Manual.

The deadline for filing the required document(s) is **SEVEN (7)** days from the date of this Notice and Order. If **ALL** required documents are not filed by the deadline, this case shall be presented to the bankruptcy judge for immediate dismissal or sanctions.

**IT IS SO ORDERED.**

Dated: June 17, 2010

**/s/ BY THE COURT**